| PROB 22<br>(Rev. 02/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0758 3:12CR00058-BBC-1 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Chad Ruenger<br>Beaver Dam, Wisconsin | DISTRICT<br><br>Western Wisconsin | DIVISION<br><br>Madison |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>12/09/2019 | TO<br><br>12/08/2021 |

OFFENSE

Possession with Intent to Distribute Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841 (a)(1), a Class D felony (Count 1);

Possession of Firearms in Relation to and in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C.§ 924 (c)(1)(A), a Class A felony (Count 2).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Western _____ DISTRICT OF _____ Wisconsin _____

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Eastern District of Wisconsin_ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

        _December 15, 2020_                      _/s/ Barbara B. Crabb_
                Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Eastern District of Wisconsin_

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

              Effective Date                                  United States District Judge